```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CIVIL DOCKET ENTRIES FOR CASE A00-0221--CV (JKS)
         "TINA RAE WILSON V RAYMOND FLOYD PARKER ET AL"

      Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 08/01/00
            Closed: 09/26/00

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (440) Other Civil Rights

            Origin: (2) Removed from State Court
            Demand:
        Filing fee: In Forma Pauperis
          Trial by:
```

Parties of Record:                                  Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | WILSON, TINA RAE | Tina Rae Wilson<br>Pro Per<br>POB 520633<br>Big Lake, AK 99652<br>907-892-8153 |
| DEF 1.1 | PARKER, RAYMOND FLOYD | No counsel found for this party! |
| DEF 2.1 | PARKER, MARION ESTHER | No counsel found for this party! |
| DEF 3.1 | DFYS | No counsel found for this party! |
| DEF 4.1 | SAGER, DIAVID TEELE | No counsel found for this party! |
| DEF 5.1 | SPANGLER, TIM | No counsel found for this party! |
| DEF 6.1 | PERDUE, KAREN | No counsel found for this party! |
| DEF 7.1 | TANOURY, THERESA | No counsel found for this party! |
| DEF 8.1 | STEELE, JAMES | No counsel found for this party! |
| DEF 9.1 | MCCOMB, STEVE | No counsel found for this party! |
| DEF 10.1 | LANGDON, GLADYS | No counsel found for this party! |
| DEF 11.1 | VANKIRK, GERG | No counsel found for this party! |
| DEF 12.1 | REESE, JOHN E. | No counsel found for this party! |
| DEF 13.1 | WOLVERTON, MICHAEL | No counsel found for this party! |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A00-0221--CV (JKS)
"TINA RAE WILSON V RAYMOND FLOYD PARKER ET AL"

Including terminated parties, excluding terminated counsel
```

Parties of Record:                         Counsel of Record:

| Party | Name | Counsel |
|---|---|---|
| DEF 14.1 | SANDERS, ERIC | No counsel found for this party! |
| DEF 15.1 | SUPREME COURT OF APPEALS | No counsel found for this party! |
| DEF 16.1 | MATTHEWS, WARREN | No counsel found for this party! |
| DEF 17.1 | EASTAUGH, ROBERT | No counsel found for this party! |
| DEF 18.1 | BRYNER, ALEXANDER | No counsel found for this party! |
| DEF 19.1 | FABE, DANA | No counsel found for this party! |
| DEF 20.1 | CARPENETI, WALTER L. | No counsel found for this party! |
| DEF 21.1 | ALASKA, STATE OF | No counsel found for this party! |
| DEF 22.1 | TOK, CITY OF | No counsel found for this party! |
| DEF 23.1 | ANCHORGE, CITY OF | No counsel found for this party! |
| DEF 24.1 | PALMER, CITY OF | No counsel found for this party! |
| DEF 25.1 | LONGARCE, ROY | No counsel found for this party! |
| DEF 26.1 | GRESHEL, MICHAEL | No counsel found for this party! |
| DEF 27.1 | SHARIDAN, EDWARD | No counsel found for this party! |
| DEF 28.1 | SAVAGE, CAPTAIN | No counsel found for this party! |
| DEF 29.1 | GALLEN, JAMES | No counsel found for this party! |
| DEF 30.1 | WARREN, TANNER | No counsel found for this party! |
| DEF 31.1 | CHAN, DENNIS | No counsel found for this party! |
| DEF 32.1 | COX | No counsel found for this party! |
| DEF 33.1 | ARNO, R | No counsel found for this party! |
| DEF 34.1 | SHORTELL, BRIAN | No counsel found for this party! |
| DEF 35.1 | ANDREWS, ELAINE | No counsel found for this party! |
| DEF 36.1 | OLSEN, RANDY | No counsel found for this party! |
| DEF 37.1 | NELSON, LISA | No counsel found for this party! |
| DEF 38.1 | BEHR, DEBORAH | No counsel found for this party! |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A00-0221--CV (JKS)
        "TINA RAE WILSON V RAYMOND FLOYD PARKER ET AL"

        Including terminated parties, excluding terminated counsel
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| DEF 39.1 | STADIG, GAIL | No counsel found for this party! |
| DEF 40.1 | POSTGATE, KATHY | No counsel found for this party! |
| DEF 41.1 | CLINTON, WILLIAM | No counsel found for this party! |
| DEF 42.1 | GORE, AL | No counsel found for this party! |
| DEF 43.1 | RENO, JANET | No counsel found for this party! |
| DEF 44.1 | BLANDERPLU, ALLEN | No counsel found for this party! |
| DEF 45.1 | KNOWLES, TONY | No counsel found for this party! |
| DEF 46.1 | ULMER, FRAN | No counsel found for this party! |
| DEF 47.1 | GREEN, LYDA | No counsel found for this party! |
| DEF 48.1 | MILLER, MIKE | No counsel found for this party! |
| DEF 49.1 | PHILLIPS, RANDY | No counsel found for this party! |
| DEF 50.1 | TAYLOR, ROBIN | No counsel found for this party! |
| DEF 51.1 | BUNDE, CON | No counsel found for this party! |
| DEF 52.1 | COGHILL, JOHN JR | No counsel found for this party! |
| DEF 53.1 | DYSON, FRED | No counsel found for this party! |
| DEF 54.1 | JAMES, JEANETTE | No counsel found for this party! |
| DEF 55.1 | KOHRING, VIC | No counsel found for this party! |
| DEF 56.1 | KOTT, PETE | No counsel found for this party! |
| DEF 57.1 | MASEK, BEVERLY | No counsel found for this party! |
| DEF 58.1 | PHILIPS, GAIL | No counsel found for this party! |
| DEF 59.1 | YOUNG, DON | No counsel found for this party! |
| DEF 60.1 | MURKOWSKI, FRANK | No counsel found for this party! |
| DEF 61.1 | STEVENS, TED | No counsel found for this party! |
| DEF 62.1 | JOHNSON, NANCY L. | No counsel found for this party! |
| DEF 63.1 | ENGLISH, PHILIP S. | No counsel found for this party! |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A00-0221--CV (JKS)
       "TINA RAE WILSON V RAYMOND FLOYD PARKER ET AL"

      Including terminated parties, excluding terminated counsel
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| DEF 64.1 | WATKINS, WES | No counsel found for this party! |
| DEF 65.1 | LEWIS, RON | No counsel found for this party! |
| DEF 66.1 | FOLEY, MARK | No counsel found for this party! |
| DEF 67.1 | MCINNIS, SCOTT | No counsel found for this party! |
| DEF 68.1 | MCCRERY, JIM | No counsel found for this party! |
| DEF 69.1 | CAMP, DAVE | No counsel found for this party! |
| DEF 70.1 | CARDIN, BENJAMIN | No counsel found for this party! |
| DEF 71.1 | STARK, FORTNEY H. | No counsel found for this party! |
| DEF 72.1 | MATSUI, ROBERT T. | No counsel found for this party! |
| DEF 73.1 | COYNE, WILLIAM J. | No counsel found for this party! |
| DEF 74.1 | JEFFERSON, WILLIAM J. | No counsel found for this party! |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A00-0221--CV (JKS)
                      "TINA RAE WILSON V RAYMOND FLOYD PARKER ET AL"

                                   For all filing dates
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 08/01/00
            Closed: 09/26/00

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (440) Other Civil Rights

            Origin: (2) Removed from State Court
            Demand:
        Filing fee: In Forma Pauperis
          Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 08/01/00 | Application to proceed without prepayment of fees. |
| 2 - 1 | 08/01/00 | Notice of removal w/att exhs filed. |
| 3 - 1 | 09/06/00 | JKS Order re: Case A00-0221 CV (JKS) and A00-0195 CV (JKS) are consolidated, with case A00-0221 CV (JKS) remaining as the master case. Wilson to s/c by 9/26/00 why these cases should not be dismissed w/out prejudice to refiling in state court.  Should Wilson fail to file a timely response, these actions will be dismissed w/out further notice to Wilson.  cc: cnsl, Certified cy A00-0195 CV (JKS) |
| 4 - 1 | 09/18/00 | PLF 1 Response to Order to show cause. |
| 5 - 1 | 09/26/00 | JKS Order re; this action and A00-0195CV (JKS) are dismissed with prejudice as to any federal claim for damages and for injunctive or declaratory relief pursuant to 42:1983 and dismissed without prejudice to further proceedings in an appropriate state court regarding any purely state claims seeking cusotdy of Wilson's minor child.  Clerk shall enter judgment.  cc: cnsl, certified copy A00-0195 CV (JKS) |
| 6 - 1 | 09/26/00 | JKS Judgment that this action is dismissed with prejudice as to any federal claim for damages and for injunctive or declaratory relief pursuant to 42:1983 and dismissed without prejudice to further proceedings in an appropriate state court regarding any purely state claims seeking custody of  Wilson's minor child.   cc: cnsl, O&J 10948 |
| 7 - 1 | 05/25/01 | PLF 1 motion to reverse 15 orders for lack of jurisdiction. |
| 7 - 2 | 06/01/01 | JKS Order denying motion to reverse 15 orders for lack of jurisdiction (7-1).  cc: T. Wilson |